IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINZIN R. ESHALOM,<br><br>      Plaintiff,<br><br>v.<br><br>KIMBERLY HENDRICKS, Santiam, Correctional Institution Superintendent, et al.,<br><br>      Defendants. | Civ. No. 6:19-cv-00159-MK<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 27), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 27) is adopted. Defendants' Motion to Dismiss is DENIED. Further, Plaintiff must show cause why this action should not be dismissed for failure to prosecute within 14 days from the date of this Order.

IT IS SO ORDERED.

      DATED this 5th day of February, 2020.

                                      _____/s/ Michael J. McShane_____
                                              Michael McShane
                                          United States District Judge

1 – ORDER